FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2017 OCT 11 PM 2:05
STEPHAN HARRIS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM KENNETH STONER,<br>a/k/a Kenneth Stone,<br><br>Defendant. | No. 17-CR-188-SWS<br><br>Ct 1: 16 U.S.C. §§ 1538(a)(1)(G) & 1540(b)(1), and 50 C.F.R. §§ 17.31 & 17.21<br>(Unlawful Taking of Threatened Species Under The Endangered Species Act)<br><br>Ct 2: 18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of a Firearm) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

On or about May 21, 2017, in the District of Wyoming, the Defendant, **WILLIAM KENNETH STONER, a/k/a Kenneth Stone**, a person subject to the jurisdiction of the United States, did knowingly take a grizzly bear, a species listed as threatened by the Secretary of the Interior pursuant to 16 U.S.C. § 1533 of the Endangered Species Act.

In violation of 16 U.S.C. §§ 1538(a)(1)(G) & 1540(b)(1) and 50 C.F.R. §§ 17.31 & 17.21.

### COUNT TWO

On or about May 21, 2017, in the District of Wyoming, the Defendant, **WILLIAM KENNETH STONER, a/k/a Kenneth Stone**, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm,

namely, a Savage .270 caliber rifle, which had previously traveled in and affected interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

DATED this 11TH day of ~~August~~ October, 2017.

                                        JOHN R. GREEN
                                      Acting United States Attorney

By: _____
                                JASON M. CONDER
                                Assistant United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | WILLIAM KENNETH STONER, a/k/a Kenneth Stone |
| **DATE:** | August 18, 2017 |
| **INTERPRETER NEEDED:** | No |
| **PLACE OF TRIAL:** | The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the Defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:<br><br>**Casper** |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | Ct: 1  16 U.S.C. § 1538(a)(1)(G) & 1540(b)(1) and 50 C.F.R. §§ 17.31 & 17.21<br>(Unlawful Taking of Threatened Species Under Endangered Species Act Endangered Species Act)<br><br>0-6 Months Imprisonment<br>Up To $25,000 Fine<br>5 Years Supervised Probation<br>$25 Special Assessment<br><br>Ct: 2  18 U.S.C. §§ 922(g)(1) and 924(a)(2)<br>(Felon in Possession of a Firearm)<br><br>0-10 Years Imprisonment<br>Up To $250,000 Fine<br>5 Years Supervised Probation<br>3 Years Supervised Release<br>$100 Special Assessment |
| **TOTALS:** | Up To 10 Years Imprisonment<br>Up To $500,000 Fine  *$275,000* [handwritten]<br>5 Years Supervised Probation<br>3 Years Supervised Release<br>$125 Special Assessment |

| | |
|---|---|
| **AGENT:** | Steve Stoinski, FWS |
| **AUSA:** | Jason M. Conder, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | No |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |