Probation Form No 35　　　　　　　　　　　　　　　　Report and Order Terminating Probation /
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Supervised Release
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF WYOMING

UNITED STATES OF AMERICA

　　　　v.　　　　　　　　　　　　　　　　Crim. No. 17CR-000188-01S

WILLIAM KENNETH STONER

On January 4, 2018, William Kenneth Stoner was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that William Kenneth Stoner be discharged from supervised release.

Respectfully submitted,

_Karen Bila_
Karen Bila
U.S. Probation Officer

_Angie Miller_
Angie Miller
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that William Kenneth Stoner is discharged from supervised release and that the proceedings in the case be terminated.

Date this 11th day of Feb., 2020.

_Scott W. Skavdahl_
Scott W. Skavdahl
Chief U.S. District Court Judge